SEALED
BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moan Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2000

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.   CR00 00396 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 371; |
| | ) | 18 U.S.C. § 1344; |
| TIFFANY GASIOR, and   (01) | ) | 18 U.S.C. § 1708] |
| RENEE BROWN,   (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SOM

INDICTMENT

The Grand Jury charges that:

COUNT 1

1.   From a time unknown to Grand Jury but by in or
about August of 1999 and continuing through at least on or about
September 16, 1999, in the District of Hawaii, TIFFANY GASIOR and
RENEE BROWN, Defendants herein, did willfully and knowingly
combine, conspire, confederate, and agree together and with each

other, and with other persons both known and unknown to the Grand Jury, to unlawfully possess letters and mail, and articles and things contained therein, which had been stolen and taken from and out of the mail, a letter box, a mail receptacle, and an authorized depository for mail matter, knowing the same to have been stolen and taken, in violation of Title 18, United States Code, Section 1708.

<u>OVERT ACTS</u>

2.    In furtherance of the conspiracy and to effect the objects of the conspiracy, Defendants TIFFANY GASIOR and RENEE BROWN, and their co-conspirators, committed diverse overt acts, in the District of Hawaii, among which were the following:

a.    Between in or about August of 1999 and on or about September 16, 1999, Defendants TIFFANY GASIOR and RENEE BROWN obtained possession of checks belonging to Nancy S. and Roy and Christine T. which had been stolen and taken from and out of the mail, a letter box, a mail receptacle, or an authorized depository for mail matter.  The checks, which pertained to accounts held by Nancy S. and Roy and Christine T., were blank when mailed to them by their banks.

b.    On or about August 19, 1999, Defendant TIFFANY GASIOR went to the Kahuku Branch of First Hawaiian Bank and cashed Check Number 130, which was drawn on the account of Nancy S.  Check Number 130 bore the forged signature of Nancy S., and was in the amount of $100.

c.    On or about August 22, 1999, Defendant RENEE BROWN caused a relative to use Check Numbers 248 and 250, which were drawn on the account of Nancy S., to purchase groceries and other items from Kahuku Superette.  Check Numbers 248 and 250 bore the forged signature of Nancy S. and were each in the amount of $100.

d.    On or about August 23, 1999, Defendant TIFFANY GASIOR went to the Kapolei Branch of First Hawaiian Bank and cashed Check Number 158, which was drawn on the account of Nancy S.  Check Number 158 bore the forged signature of Nancy S., and was in the amount of $265.

e.    On or about August 24, 1999, Defendant RENEE BROWN caused Check Number 240, which was drawn on the account of Nancy S., to be used to purchase items from Dominos Pizza that were delivered to Defendant RENEE BROWN's residence. Check Number 240 bore the forged signature of Nancy S. and was in the amount of $39.36.

f.    On or about August 24, 1999, Defendant RENEE BROWN caused a relative to use Check Number 238, which was drawn on the account of Nancy S., to purchase groceries and other items from Kahuku Superette.  Check Number 238 bore the forged signature of Nancy S. and was in the amount of $80.

g.    On or about August 24, 1999, Defendant RENEE BROWN attempted to use a check drawn on the account of Nancy S. to purchase items from Kahuku Superette.

3

h.   On or about August 24, 1999, Defendant RENEE
BROWN caused another person to cash Check Number 245, which was
drawn on the account of Nancy S., at the Kahuku Branch of First
Hawaiian Bank.  Check Number 245 bore the forged signature of
Nancy S. and was in the amount of $130.

i.   On or about September 15, 1999, Defendant
TIFFANY GASIOR went to the Waipahu Safeway Branch of Bank of
Hawaii and cashed Check Number 107, which was drawn on the joint
account of Roy and Christine T.  Check Number 107 bore the forged
signature of Christine T and was in the amount of $438.

j.   On or about September 15, 1999, Defendant
TIFFANY GASIOR went to the Laie Branch of Bank of Hawaii and
cashed Check Number 102, which was drawn on the joint account of
Roy and Christine T.  Check Number 102 bore the forged signature
of Christine T and was in the amount of $284.

k.   On or about September 16, 1999, Defendant
RENEE BROWN drove Defendant TIFFANY GASIOR to the Wahiawa Branch
of Bank of Hawaii.

l.   On or about September 16, 1999, Defendant
TIFFANY GASIOR entered the Wahiawa Branch of Bank of Hawaii while
Defendant RENEE BROWN waited outside, and attempted to cash Check
Number 109, which was drawn on the joint account of Roy and
Christine T.  Check Number 109 bore the forged signature of
Christine T and was in the amount of $800.

All in violation of Title 18, United States Code,
Section 371.

4

COUNTS 2-4

1.   Beginning in or about August of 1999 and
continuing through on or about September 16, 1999, in the
District of Hawaii, TIFFANY GASIOR and RENEE BROWN, Defendants
herein, devised a scheme and artifice to defraud First Hawaiian
Bank, a financial institution, and to obtain moneys, funds, and
other property owned by, and under the care custody and control
of, First Hawaiian Bank, by means of false and fraudulent
pretenses and representations.

2.   As part of the scheme and artifice to defraud and
to obtain moneys, funds, and other property of First Hawaiian
Bank by means of false and fraudulent pretenses and
representations, Defendants TIFFANY GASIOR and RENEE BROWN did a
number of things in the District of Hawaii, including the
following:

a.   Defendants TIFFANY GASIOR and RENEE BROWN
obtained possession of checks pertaining to an account held by
Nancy S. with First Hawaiian Bank.  First Hawaiian Bank had
mailed a series of blank checks to Nancy S., but the checks were
stolen before they were received by Nancy S.

b.   Defendant TIFFANY GASIOR took checks drawn on
the First Hawaiian Bank account of Nancy S., which bore the
forged signature of Nancy S. and were made payable to Defendant
TIFFANY GASIOR, and fraudulently cashed these checks at various
branches of First Hawaiian Bank.

c.    Defendant RENEE BROWN paid another person to cash a check drawn on the First Hawaiian Bank account of Nancy S. at a branch of First Hawaiian Bank.  The check bore the forged signature of Nancy S. and was made payable to the person cashing the check.  The person who cashed the check split the proceeds of the check with Defendant RENEE BROWN.

d.    Defendants TIFFANY GASIOR and RENEE BROWN knew that they were not authorized to cash these checks.

3.    On or about the dates set forth in tabular form below, in the District of Hawaii, Defendants TIFFANY GASIOR and RENEE BROWN did knowingly execute, and attempt to execute, a scheme and artifice to defraud First Hawaiian Bank and to obtain the moneys, funds, and other property owned by, and under the custody and control of, First Hawaiian Bank, by means of false and fraudulent pretenses and representations, which scheme and artifice is described in Paragraphs 1 through 2 of this Count; in that Defendants TIFFANY GASIOR and RENEE BROWN fraudulently cashed, and caused the cashing of, checks drawn on the First Hawaiian Bank account of Nancy S. at various branches of First Hawaiian Bank, with the knowledge that they were not authorized to cash those checks, with each transaction involving the cashing

//

//

//

//

of the checks identified in tabular form below representing a separate count of this Indictment:

| Count | Date Check Cashed | Check Number | Amount of Check |
|-------|-------------------|--------------|-----------------|
| 2 | 8/19/99 | 130 | $100 |
| 3 | 8/23/99 | 158 | $265 |
| 4 | 8/24/99 | 245 | $130 |

All in violation of Title 18, United States Code, Section 1344.


COUNTS 5-7

1.    Beginning in or about August of 1999 and continuing through on or about September 16, 1999, in the District of Hawaii, TIFFANY GASIOR and RENEE BROWN, Defendants herein, devised a scheme and artifice to defraud Bank of Hawaii, a financial institution, and to obtain moneys, funds, and other property owned by, and under the care custody and control of, Bank of Hawaii, by means of false and fraudulent pretenses and representations.

2.  As part of the scheme and artifice to defraud and to obtain moneys, funds, and other property of Bank of Hawaii by means of false and fraudulent pretenses and representations, Defendants TIFFANY GASIOR and RENEE BROWN did a number of things in the District of Hawaii, including the following:

     a.   Defendants TIFFANY GASIOR and RENEE BROWN obtained possession of checks pertaining to a joint account held by Roy and Christine T. with Bank of Hawaii.  Bank of Hawaii had mailed a series of blank checks to Roy and Christine T., but the checks were stolen before they were received by Roy and Christine T.

     b.   Defendant TIFFANY GASIOR took checks drawn on the Bank of Hawaii account of Roy and Christine T., which bore the forged signature of Christine T. and were made payable to Defendant TIFFANY GASIOR, and fraudulently cashed and attempted to cash these checks at various branches of Bank of Hawaii.  On at least one of these occasions, Defendant RENEE BROWN accompanied Defendant TIFFANY GASIOR to the bank.

     c.   Defendants TIFFANY GASIOR and RENEE BROWN knew that they were not authorized to cash the checks drawn on the account of Roy and Christine T.

     3.   On or about the dates set forth in tabular form below, in the District of Hawaii, Defendants TIFFANY GASIOR and RENEE BROWN did knowingly execute, and attempt to execute, a scheme and artifice to defraud Bank of Hawaii and to obtain the moneys, funds, and other property owned by, and under the custody and control of, Bank of Hawaii, by means of false and fraudulent pretenses and representations, which scheme and artifice is described in Paragraphs 1 through 2 of this Count; in that Defendants TIFFANY GASIOR and RENEE BROWN fraudulently cashed and attempted to cash checks drawn on the Bank of Hawaii account of

Roy and Christine T. at various branches of First Hawaiian Bank, with the knowledge that they were not authorized to cash those checks, with each transaction involving the cashing or attempted cashing of the checks identified in tabular form below representing a separate count of this Indictment:

| Count | Date Check Cashed | Check Number | Amount of Check |
|-------|-------------------|--------------|-----------------|
| 5 | 9/15/99 | 102 | $284 |
| 6 | 9/15/99 | 107 | $438 |
| 7 | 9/16/99 | 109 | $800 |

All in violation of Title 18, United States Code, Section 1344.


## COUNT 8

Between on or about August 19, 1999 and on or about September 16, 2000, in the District of Hawaii, TIFFANY GASIOR and RENEE BROWN, Defendants herein, did unlawfully have in their possession articles and things contained in mail, namely, checks belonging to Nancy S. and Roy and Christine T., which had been stolen and taken from and out of the mail, letter boxes, mail receptacles, and authorized depositories for mail matter, knowing the same to have been stolen and taken.

All in violation of Title 18, United States Code, Section 1708.

COUNT 9

In or about March of 2000, in the District of Hawaii, TIFFANY GASIOR, Defendant herein, did unlawfully have in her possession letters and mail, and articles and things contained therein, namely, various items including correspondence, credit card statements, a check, a receipt, and other documents, which had been stolen and taken from and out of the mail, letter boxes, mail receptacles, and authorized depositories for mail matter, knowing the same to have been stolen and taken.

All in violation of Title 18, United States Code, Section 1708.

DATED: ____Sept. 27____, 2000 Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

_____
CRAIG H. NAKAMURA
Assistant U.S. Attorney


United States v. TIFFANY GASIOR, et al.,
CR. No. _____; "INDICTMENT"

10